IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD MATHIS,

    Petitioner,

v.                                                                        4:20cv304–WS/ZCB

RICKY D. DIXON,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 23) docketed April 10, 2024. The magistrate judge recommends that the petitioner's petition (ECF No. 1) for writ of habeas corpus be denied and that this case be dismissed. The petitioner has filed no objections to the report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 23) is

hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition (ECF No. 1) for writ of habeas corpus is hereby DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied, and the case is dismissed."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this __22nd__ day of ___May___, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE